# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NOS. B0391IM1503861-014 and B0391IM1503861-016, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | **Civil Action No. 3:17-cv-00774-L** |
| WFG INVESTMENTS, INC., WFG ADVISORS, LP, and WFG STRATEGIC ALLIANCE, INC., | § § § § | |
| Defendants. | § § | |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE TO REFILE, PER RULE 41(a)(1)(A)(i)

TO THE HONORABLE UNITED STATES COURT:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Certain B0391IM1503861-014 Underwriters at Lloyd's of London Subscribing to Policy Nos. and B0391IM1503861-016 ("Underwriters"), through counsel, hereby give notice that the above captioned action is voluntarily dismissed as to all defendants, without prejudice to plaintiffs to refile another claim on the same basis, per Federal Rules of Civil Procedure 41(a). Defendants have not filed an answer or a motion for summary judgment. Plaintiffs have not filed or dismissed a federal- or state-court action based on or including the same claim or claims.

**PLAINTIFFS' NOTICE OF DISMISSAL**

Respectfully submitted,

Tollefson Bradley Mitchell & Melendi, LLP

/s/ *John C. Tollefson*

John C. Tollefson
State Bar No. 20109400
Southern District Bar No. 13149
JohnT@tbmmlaw.com
Stephen A. Melendi
State Bar No. 24041468
Southern District Bar No. 38607
StephenM@tbmmlaw.com
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: (214) 665-0100
Facsimile:  (214) 665-0199

David L. Koury
R. Nathan Randall
Adrian T. Rohrer
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Ph.:      (312) 762-3100
Fax:     (312) 762-3200

**ATTORNEYS FOR PLAINTIFFS**

**PLAINTIFFS' NOTICE OF DISMISSAL**